UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-61748-BLOOM/Valle

JOEY RAFAELI,

    Plaintiff,

v.

AMERICAN AUTO TRANSPORT, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANT AMERICAN AUTO TRANSPORT, LLC

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On September 24, 2018, the Court permitted Defendant American Auto Transport, LLC ("Defendant") until October 1, 2018 to file a response to the complaint, and in the event that Defendant failed to do so, ordered Plaintiff to file a motion for entry of clerk's default by October 8, 2018. *See* ECF No. [9]. The Court also advised Plaintiff that the failure to file for clerk's default "may result in dismissal without prejudice and without further notice." *Id*. To date, Plaintiff has failed to file for entry of clerk's default or to request additional time in which to do so. Moreover, Plaintiff filed an amended complaint, ECF No. [5], in which Defendant is no longer named. Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE** as to Defendant American Auto Transport, LLC.

Case No. 18-cv-61748-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of October, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

American Auto Transport, LLC
4839 SW 148th Avenue
Suite #425
Weston, Florida 33330