UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-61748-BLOOM/Valle

JOEY RAFAELI,

    Plaintiff,

v.

AMERICAN AUTO TRANSPORT, LLC,

    Defendant.
_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal without Prejudice, ECF No. [12] ("Notice"), filed on November 5, 2018. The Court has carefully reviewed the Notice and the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [12]** is **APPROVED** and **ADOPTED**;
2. The above-styled case is **DISMISSED WITHOUT PREJUDICE**;
3. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;
4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of November, 2018.

                                                                    **BETH BLOOM**
                                                                   **UNITED STATES DISTRICT JUDGE**

Case No. 18-cv-61748-BLOOM/Valle

Copies to:

Counsel of Record